# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Meeker County

v.

North River Insurance Company

Case No. Civil 00-1889 JRT/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgement is **DENIED**; that defendant's motion for summary judgment is **GRANTED** and judgment is entered in favor of defendant.

DATE: July 27, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk

26